UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD TAYLOR, JR. | CIVIL ACTION |
| VERSUS | NO. 14-173 |
| SOCIAL SECURITY ADMINISTRATION | SECTION C(5) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the defendant's motion for summary judgment, be, and the same is hereby GRANTED. Rec. Doc. 12. Judgment dismissing this case with prejudice shall issue accordingly.

New Orleans, Louisiana, this 8th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE