UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD TAYLOR, JR. | CIVIL ACTION |
| VERSUS | NUMBER: 14-0173 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "C"(5) |

## **ORDER**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant's motion be granted and that Plaintiff's suit is dismissed.

New Orleans, Louisiana, this 10ʰ day of September, 2014.

_____
**UNITED STATES DISTRICT JUDGE**